IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICK BRUCE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08cv552-TMH |
| ) | |
| JEFFERY KELLER, ) | |
| ) | |
| Respondent. ) | |

**ORDER AND OPINION**

On September 12, 2008, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 13). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is DISMISSED without prejudice to afford Bruce an opportunity to exhaust his administrative remedies in accordance with the procedures established by the BOP.

Done this the 29th day of October, 2008.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE